OPINIONS PER CURIAM, ETC., FROM APRIL 11, TO MAY 29, 1905.

No. 204. MIKE HERNAN, PLAINTIFF IN ERROR, *v.* THE STATE OF TEXAS. In error to the Court of Criminal Appeals of the State of Texas. Submitted April 7, 1905. Decided April 17, 1905. *Per Curiam.* Judgment affirmed with costs. *Noble* v. *Mitchell,* 164 U. S. 367, 372; *Osborne* v. *Florida,* 164 U. S. 650; *Murray* v. *Gibson,* 15 How. 425. Case below, 77 S. W. Rep. 225. *Mr. Cecil H. Smith, Mr. Amos L. Beaty* and *Mr. Wm. P. Ellison* for plaintiff in error. *Mr. C. K. Bell* for defendant in error.

No. 216. H. C. LANE *v.* WILLIAM E. BENNER. On a certificate from the United States Circuit Court of Appeals for the Eighth Circuit. Argued April 13 and 14, 1905. Decided April 17, 1905. *Per Curiam.* Second question answered in the negative, on authority of *Knepper* v. *Sands,* 194 U. S. 476. *Mr. Wm. P. Jewett* for Lane. *Mr. John H. King* and *Mr. M. B. Davis* for Benner.